# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | ED CV 19-00555-JLS (DFM) | Date: | August 23, 2019 |
|---|---|---|---|
| Title | Jose Luis Lopez Galindo v. John McMahon, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On July 2, 2019, the Court dismissed Plaintiff's First Amended Complaint with leave to amend and ordered him to either file a Second Amended Complaint or voluntarily dismiss the case within thirty-five (35) days. See Dkt. 8. Plaintiff did not do so. **Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**